

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| THOMAS LEONARD, | § | No. 08-14-00139-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th Judicial District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20110D02415) |
| | § | |

### O R D E R

The Court GRANTS the Appellant's fourth motion for extension of time to file the brief until **March 4, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before March 4, 2015.

IT IS SO ORDERED this 18th day of February, 2015.

If the Appellant's brief is not filed with this Court by March 4, 2015, this Court will find it necessary to send this case back to the trial court for a hearing as to why the Appellant's brief has not been filed.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.